IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )         4:05CR3035<br>       v.                   )<br>                            )<br>JOSE ENRIQUE AYALA CHAVEZ,  )<br>                            )         ORDER<br>            Defendant.      )<br>                            ) | |

IT IS ORDERED:

1. The motion of counsel for defendant to withdraw, filing 16, is granted and the clerk shall mail a copy of this order to the defendant at his last known address.

2. Defendant is given 10 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf or, (2) file a financial affidavit setting forth his present financial status, requesting the appointment of counsel.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge