```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3035 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ENRIQUE AYALA CHAVEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant has filed a Motion to Reveal Identity of Confidential Informant and Request for Evidentiary Hearing, filing 28.  The defendant requests the identity of CI 377-2943, who allegedly participated with the defendant in distributing methamphetamine on June 10, 2004 (Filing 1 (indictment), Count II), and on June 24, 2004 (Filing 1 (indictment), Count III).

The government's response (filing 30) states that on June 20, 2005, the identity of the cooperating individual (including this cooperating individual's name, criminal history, and judgment in his federal criminal case) who allegedly participated in controlled buys with the defendant on June 10, 2004, and June 24, 2004 was disclosed to defendant's counsel.

IT THEREFORE HEREBY IS ORDERED:  The defendant's Motion to Reveal Identity of Confidential Informant and Request for Evidentiary Hearing, filing 28, is denied as moot.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge